## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENTLEY A. HOLLANDER** | : | |
| **Plaintiff**, | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **TIMEX GROUP USA, INC., f/k/a** | : | |
| **TIMEX CORPORATION** | : | **No. 10-429** |
| **Defendants.** | : | |

### ORDER

**AND NOW**, this **24ᵗʰ** day of **March 2010,** upon consideration of Defendant's Motion to Dismiss (Document No. 10), and Plaintiff's response thereto, it is hereby **ORDERED** that the motion is **GRANTED in part** and **DENIED in part** as follows:

1.  The motion is **GRANTED** as to all allegations of false marking under 35 U.S.C. § 292(a) for articles marked prior to January 29, 2005, as agreed by the parties.

2.  The motion is **DENIED** in all other respects.

**BY THE COURT:**

**Berle M. Schiller, J.**