IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENTLEY A. HOLLANDER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TIMEX GROUP USA, INC. | : | |
| Defendants. | : | No. 10-429 |
| | : | |

**ORDER**

**AND NOW**, this **5th** day of **May 2010**, upon consideration of Defendant's Motion to Stay, it is hereby **ORDERED** that:

1. Defendant's Motion (Document No. 18) is **GRANTED** and this matter is placed into **CIVIL SUSPENSE**.

2. The parties are **REQUIRED** to **NOTIFY THE COURT within 7 days** of the outcome of the two appeals cited in the footnote below.[1]

BY THE COURT:

*/s/ Berle M. Schiller*
_____
Berle M. Schiller, J.

---

[1] This matter is stayed pending the outcome of two cases on appeal before the United States Court of Appeals for the Federal Circuit: *Pequignot v. Solo Cup*, No. 2009-1547 (Fed. Cir. Apr. 6, 2010) and *Stauffer v. Brooks Brothers*, Nos. 2009-1428 2009-1430, 2009-1452 (Fed. Cir.). The Federal Circuit's rulings in these cases are likely to clarify the legal issues before this Court.