IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENTLEY A. HOLLANDER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TIMEX GROUP USA, INC., f/k/a | : | |
| TIMEX CORPORATION, | : | No. 10-429 |
| Defendant. | : | |

## ORDER

AND NOW, this **13th** day of **April, 2011**, upon consideration of the parties' cross-motions for summary judgment, their responses thereto, replies thereon, and for the reasons stated in this Court's Memorandum dated April 13, 2011, it is hereby **ORDERED** that:

1. Defendant's Motion (Document No. 26) is **GRANTED**.

2. Plaintiff's claims are **DISMISSED**.

3. Plaintiff's Motion for Partial Summary Judgment (Document No. 27) is **DENIED**.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

**Berle M. Schiller, J.**